IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HITE | : | CIVIL ACTION |
| vs. | : | |
| ACADEMY COLLECTION SERVICE, INC. | : | NO. 07-5231 |

## STIPULATION OF DISMISSAL

AND NOW, this 17th day of March, 2008 it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the case has been settled between the parties and the parties request This Honorable Court to mark this matter dismissed, with prejudice.

Warren, Vullings & Vassallo, LLP

BY: _____
Bruce K. Warren, Esquire
Attorney for Plaintiff


Marshall, Dennehey, Warner, Coleman & Goggin

BY: _____
Andrew M. Schwartz, Esquire
Attorney for Defendant